IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KEITH A. DZIERZANOWSKI and § <br> HOLLY M. DZIERZANOWSKI § <br>    Plaintiffs § <br> § <br> VS. § <br> § <br> § <br> STATE FARM LLOYDS § <br>    Defendant. § | <br><br><br><br>CIVIL ACTION NO. 1:15-CV-176-RP<br><br><br><br>JURY |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE ROBERT L. PITMAN:

    The parties have reached a resolution of this case without the need for Court action at this time. Settlement documents are being prepared and circulated. The parties anticipate having a Joint Motion to Dismiss prepared no later than May 30, 2015.

    Respectfully submitted,

    WRIGHT & GREENHILL, P.C.
    221 West 6th Street, Suite 1800
    Austin, Texas  78701
    512/476-4600
    512/476-5382 (Fax)

By:_____
    Richard W. South
    State Bar No. 18863175
    rsouth@w-g.com

    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of Defendant State Farm Lloyds' **Notice of Settlement** has been forwarded via facsimile on this the 5th day of May, 2015 to:

David C. Wenholz
The Wenholz Law Firm, PLLC
13501 Galleria Circle
Suite W270
Bee Cave, Texas 78738
(512) 478-2211
**(512) 478-3625 FAX**

_____
Richard W. South