IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEITH A. DZIERZANOWSKI and<br>HOLLY M. DZIERZANOWSKI<br>    Plaintiffs | §<br>§<br>§<br>§ | |
| VS. | § CIVIL ACTION NO. 1:15-cv-176-RP<br>§<br>§ | |
| STATE FARM LLOYDS<br>    Defendant. | §<br>§ | JURY |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE ROBERT PITMAN:

It is hereby stipulated by and between Plaintiffs, Keith A. Dzierzanowski and Holly M. Dzierzanowski, and Defendant, State Farm Lloyds, through their designated counsel, that the above-captioned action brought by Plaintiffs, Keith A. Dzierzanowski and Holly M. Dzierzanowski, be and hereby dismissed, pursuant to F.R.C.P. 41(a)(1)(ii).  Costs of court are to be assessed against the party incurring the same.

Dated the _____ day of _____, 2015.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

-2-

**APPROVED AND AGREED:**

THE WENHOLZ LAW FIRM, PLLC
13501 Galleria Circle
Suite W270
Bee Cave, Texas 78738
(512) 478-2211
(512) 478-3625 FAX

By: _____
    David C. Wenholz
    State Bar No. 21176350
    dwenholz@wenholz.com

COUNSEL FOR PLAINTIFFS


WRIGHT & GREENHILL, P.C.
221 W. 6th Street, Suite 1800
Austin, Texas 78701
(512) 476-4600
(512) 476-5382 FAX

By: _____
    Richard W. South
    State Bar No. 18863175
    rsouth@w-g.com

COUNSEL FOR DEFENDANT